In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. COMMITTEE ON PROFESSIONAL STANDARDS, Petitioner; EFREM YEMANE-BREHAN, Respondent. [938 NYS2d 823]—

Per Curiam.

Per Curiam.

Mercure, A.P.J., Peters, Rose, Lahtinen, Spain, JJ., concur. Ordered that respondent's application is granted; and it is further ordered that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.